**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Isaac Reyes MARTINEZ, Defendant–Appellant.**

**No. 11–50093.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Nov. 8, 2012.

Filed Dec. 19, 2012.

Curtis Arthur Kin, Esquire, Office of the U.S. Attorney, Los Angeles, CA, Ann Luotto Wolf, Esquire, Office of the U.S. Attorney, Santa Ana, CA, for Plaintiff–Appellee.

Craig Wilke, Law Office of Craig Wilke, Fullerton, CA, for Defendant–Appellant.

Before: REINHARDT and THOMAS, Circuit Judges, and NAVARRO,* District Judge.

MEMORANDUM **

Appellant Isaac Reyes Martinez appeals his conviction after jury trial for conspiracy to possess with intent to distribute methamphetamine, 21 U.S.C. §§ 841(a)(1)

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

and 846, and possession of firearms in furtherance of a drug trafficking crime, 18 U.S.C. § 924(c)(1)(A)(i).

We hold that the government violated Appellant's Fifth Amendment right to be convicted solely on the evidence adduced at trial, under *United States v. Schuler*, 813 F.2d 978, 981–82 (9th Cir.1987), by commenting in its closing argument on Appellant's demeanor in the courtroom during witness Acosta–Ruiz's testimony and identification of Appellant. Analyzing the record for harmless error pursuant to *Chapman v. California*, 386 U.S. 18, 24, 87 S.Ct. 824, 17 L.Ed.2d 705 (1967), we cannot conclude that this error was harmless beyond a reasonable doubt. *See United States v. Weatherspoon*, 410 F.3d 1142, 1151 (9th Cir.2005). Therefore we reverse Appellant's conviction and remand the case to the district court for a new trial.

**REVERSED and REMANDED.**